**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:23-cv-61004-BB**

ELSIE MACIAS, individually
and on behalf of all others similarly situated

    Plaintiff,

vs.

EL BAYÚ DE WELA SARA, INC.

    Defendant.
_____/

## NOTICE OF STRIKING DE 20

Defendant, EL BAYÚ DE WELA SARA, INC., strikes filing DE 20.

                                      s/ Lowell J. Kuvin
                                      Lowell J. Kuvin, Esq.
                                      Florida Bar No. 53072
                                      lowell@kuvin.law
                                      legal@kuvin.law
                                      Law Office of Lowell J. Kuvin
                                      17 East Flagler Street, Suite 223
                                      Miami, Florida 33131
                                      Tel.: 305.358.6800
                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 16, 2023, I caused the foregoing to be filed with the Court's e-filing ECF which will automatically send a copy to all counsel of record in this case.